**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI**

| | | |
|---|---|---|
| DANIELLE FOREMAN, et al., | : | Case No. 1:19cv613 |
| | : | |
| Plaintiffs, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| TRIHEALTH, INC., and the | : | |
| TRIHEALTH 401(K) RETIREMENT | : | |
| SAVINGS PLAN RETIREMENT | : | |
| COMMITTEE, et al., | : | |
| | : | |
| Defendants. | : | |

**JUDGMENT IN A CIVIL CASE**

**Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X    Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.


**IT IS ORDERED AND ADJUDGED**:  That Defendants' Motion to Dismiss (Doc. 20) is GRANTED.

September 24, 2021.

                                              Richard W. Nagel, Clerk of Court
                                              By: */s/ Kellie A. Fields*
                                                    Deputy Clerk