# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Danielle Forman, et al., | Case No. 1:19-cv-613 |
| Plaintiffs, | |
| v. | Judge Matthew W. MacFarland |
| TriHealth, Inc. and the TriHealth 401(k) Retirement Savings Plan Retirement Committee, | |
| Defendants. | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs in the above-named case hereby appeal to the United States Court of Appeals for the Sixth Circuit from the final judgment entered in this action on September 24, 2021 (Doc. # 43).

DATED:

October 22, 2021

/s/ *Charles Crueger*
**CRUEGER DICKINSON LLC**
Charles Crueger (admitted *pro hac*)
Benjamin Kaplan (admitted *pro hac*)
4532 North Oakland Avenue
Whitefish Bay, WI 53211
*cjc@cruegerdickinson.com*
*bak@cruegerdickinson.com*
Tel: (414) 210-3868

**STRAUSS TROY CO., LPA**
Robert R. Sparks (OH 0073573)
150 East Fourth Street
Cincinnati, OH 45202

rrsparks@strausstroy.com
Tel: (513) 621-2120

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLC**
Greg F. Coleman (admitted *pro hac)*
Arthur Stock (admitted *pro hac*)
Ryan McMillan (admitted *pro hac*)
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
*gcoleman@milberg.com*
*astock@milberg.com*
*rmcmillan@milberg.com*
Tel: (865) 247-0080

**JORDAN LEWIS, P.A.**
Jordan Lewis (admitted *pro hac*)
4473 N.E. 11th Avenue
Fort Lauderdale, FL 33334
*jordan@jml-lawfirm.com*
Tel: (954) 616-8995
Fax: (954) 206-0374

***Attorneys for Plaintiffs***

2